THE **LAUNDRY**LIST

June 13, 2019

Mr. Cory Crabb
East Birch Creek

Dear Cory,

Thank you again for this opportunity to sell on your machinery.  Following is our proposal for the equipment coming out of East Birch Creek.

1.  PARTIES:
*Seller:*
East Birch Creek

Contact: Mr. Cory Crabb

*Broker:*
TheLaundryList.com, Inc.

Contact: Mr. Brian Cohen

2.  LAUNDRY  EQUIPMENT:
Following is the list of equipment that is for sale:
(1) 2015 B&C 275lb. Washer Extractor
(1) 2015 B&C 325lb. Gas Heated Dryer
(1) 2015 Rapidd Feed Mat Roller
(2) 1996 Milnor 60lb. Washer Extractors
(1) Lot of approximately 1800-1850 Floor Mats

Also included, but not on the itemized list are all spare parts, manuals, PM records for the above machinery. Should any other equipment or carts, not referenced above, become available at the time of sale Buyer will be entitled to make a fair first offer to purchase.

3.  SALE OF EQUIPMENT:
Broker agrees to use its best efforts and sell the machines and net Seller the following amounts:
      (1) 2015 B&C 275lb. Washer Extractor    - $28,500
      (1) 2015 B&C 325lb. Gas Heated Dryer    - $18,000
      (1) 2015 Rapidd Feed Mat Roller    - $5,000
      (2) 1996 Milnor 60lb. Washer Extractors    - $3,000 each
      (1) Lot of approx. 1800-1850 Floor Mats    - $55,000

# EXHIBIT A



Any price changes will be discussed with Broker and Seller.  Seller is responsible for all costs associated with the removal of the equipment. The terms are 100% payment is due prior to the removal of the equipment and setting on trucks.  All transportation of equipment will be provided by others and will not be the responsibility of the Seller.

4. POSSESSION & REMOVAL OF EQUIPMENT:
Removal date is to be determined. Once agreed and with prior consent of the Seller, the Broker will have the right to tour the facility with prospective customers for the equipment purchase.

5. EXPECTATIONS:
Only the above referenced laundry equipment is being sold by the Broker.

6. EXCEPTIONS:
This bid does not include any or all costs associated with the abatement and removal of hazardous materials, such as Asbestos or Thermal Oils. Any such removal as well as capping of machinery where hazardous material was found, will be the sole responsibility of the Seller.

7. CONDITION OF EQUIPMENT:
All equipment is "used".  Sale is considered "as is; where is."  Seller makes no guarantee, no warranty, or no representation, expressed or implied, with regard to condition, serviceability, or suitability of equipment.  Since machinery, however, will be in operation until the time of removal, Seller must maintain the machinery, to it's present condition, and as specificed by the manufacturer.

8. INDEMNIFICATION:
Seller and Broker jointly and severally agree to indemnify and hold each other harmless from and against any and all actions, demands, suits, claims, damages, losses and liabilities arising out of or related to the sale of the Equipment (including but not related to the non-payment of any applicable sales or other taxes).  The parties hereto agree that the foregoing indemnification is for the benefit of the Seller and shall survive consummation of the transactions contemplated by this sales transaction.

9. ABOUT US
The Laundry List is the number one solution for used industrial laundry equipment, in North America.  With our headquarters located in Los Angeles, CA we also have offices and/or warehousing in Las Vegas, NV, Atlanta, GA and Seoul, South Korea.  In addition, we also have sales associates in Canada as well as Mexico.  Upon merging AAA Rigging with The Laundry List in Las Vegas we have our own rigging crews who all specialize in industrial laundries, are OSHA Certified and fully insured.  We are also one of the only used equipment companies with an engineering staff that has not only built some of the largest and most successful facilities, they operated them as well. We understand laundries.  As a company servicing the Laundry Industry, our goal is simple:  To exceed our clients' expectations. Commitment to our company's development and growth, continuous improvement, teamwork and innovation will guide our efforts to achieve a standard of excellence.

Finally, should you have any questions, need more information or if we can be of any further assistance please do not hesitate to give us a call.

Sincerely,

*Brian Cohen*

Brian Cohen
President

THE **LAUNDRY** LIST

BC:cb
Via:  Email

**Agreed and Approved:**
East Birch Creek

_____
By

_____
Title

_____
Date