DAVID L. PINKSTON (6630)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

*Attorneys for Plaintiff East Birch Creek, Inc.*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| EAST BIRCH CREEK, INC., a non-profit Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THELAUNDRYLIST.COM, INC, a California Corporation; and BRIAN COHEN, an individual,<br><br>Defendants. | **EX PARTE MOTION FOR LEAVE TO SERVE DEFENDANTS BY ALTERNATIVE MEANS**<br><br>Case No. 2:20-cv-00673-DAO<br><br>Magistrate Judge Daphne A. Oberg |

---

Plaintiff, East Birch Creek, Inc. ("East Birch"), pursuant to Rule 4(e), Fed. R. Civ. P., hereby requests that this Court enter an Order allowing alternative service of the Summons and Amended Complaint in this matter because extensive efforts to serve Defendants TheLaundryList.Com, Inc. ("TheLaundryList") and Brian Cohen ("Cohen") by the standard methods of service authorized by Rule 4, have failed.

This Motion is supported by the following Memorandum of Points and Authorities, the Affidavits of Due Diligence (process server), and by all pleadings and matters of record, which are incorporated herein by this reference.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Plaintiff Has Made Extensive Efforts to Locate and Serve TheLaundryList and Cohen.

Plaintiff has made extensive efforts to locate and serve TheLaundryList and Cohen, to no avail. Plaintiff attempted to serve TheLaundryList and Cohen at the following address, with the following results, as supported by the Affidavits of Due Diligence:

> 4525 Sherman Oaks Ave. Suite 200, Sherman Oaks, CA 91403. This is the address currently listed for TheLaundryList with the California Secretary of State. It is also the address listed for Brian Cohen, as Registered Agent of TheLaundryList. The process server attempted to serve TheLaundryList and Cohen at this address, but he could not locate anyone. It appeared the business was closed. Defendants have not updated the records with the California Secretary of State with a new address.
>
> David Pinkston, the undersigned attorney for Plaintiff, also called the phone number listed for TheLaundry List and was informed TheLaundryList is still in business but the office is closed due to Covid-19.

### II. The Court Should Allow Service of Process on TheLaundryList and Cohen by Regular Mail, to the Address Listed With the California Secretary of State.

Pursuant to Rule 4(e), Fed.R.Civ.P., Plaintiff may effect service on TheLaundryList and Cohen "pursuant to the law of the state in which the district court is located".

Rule 4(d)(5), Utah R. Civ. P., provides the basis upon which a plaintiff may effect service of process where the defendants' whereabouts are unknown and cannot be ascertained through reasonable diligence:

> If the identity or whereabouts of the person to be served are unknown and cannot be ascertained through reasonable diligence, if service upon all of the individual parties is impracticable under the circumstances, or if there is good cause to believe that the person to be served is avoiding service, the party seeking service may file a motion to allow service by some other means.

In the present case, Plaintiff and their process server have diligently attempted to ascertain the current whereabouts of TheLaundryList and Cohen, its registered agent, to serve them. They have persistently attempted service at the business address. With the impacts of Covid-19, it does not appear the physical office will be open anytime soon.

Based on its good faith efforts and reasonable diligence, Plaintiff respectfully suggests that it has shown good cause for allowing service of TheLaundryList and Cohen by alternate means: regular, first-class mail, to the address listed with the California Secretary of State for TheLaundryList and Cohen. Plaintiff proposes that service be deemed complete three business days after mailing, as established by affidavit of counsel.

**III. Conclusion**

The proposed alternative method of service is appropriate given the law, the rules of civil procedure, and the circumstances of this case, and it is reasonably calculated to provide Defendants with adequate notice and service of process.

DATED this _____ day of December, 2020.

SNOW CHRISTENSEN & MARTINEAU

/s/ David L. Pinkston
David L. Pinkston
Attorneys for East Birch Creek, Inc.