| | |
|---|---|
| *Attorney or Party without Attorney:*<br>David L Pinkston, Esq.<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 EXCHANGE PL. PO BOX 45000 11TH<br>SALT LAKE CITY , UT 84145<br>*Telephone No:* 801-521-9000<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-District of Utah | |
| *Plaintiff:* EAST BIRCH CREEK, INC.<br>*Defendant:* THELAUNDRYLIST.COM, INC.; and BRIAN COHEN | |

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:20-cv-00673-DAO |
|---|---|---|---|---|

1. I, Sarkis Arabyan 201387036, Los Angeles , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Brian Cohen as follows:

2. *Documents:* Summons in a Civil Action; Amended Complaint

**Attempt Detail**

1) Unsuccessful Attempt by: Sarkis Arabyan (201387036, Los Angeles) on: Oct 20, 2020, 12:53 pm PDT at 4525 Sherman Oaks Ave Suite 200, Sherman Oaks, CA 91403
The business is closed at this time. Name on the door.

2) Unsuccessful Attempt by: Sarkis Arabyan (201387036, Los Angeles) on: Oct 21, 2020, 2:37 pm PDT at 4525 Sherman Oaks Ave Suite 200, Sherman Oaks, CA 91403
The business is closed at this time.

3) Unsuccessful Attempt by: Sarkis Arabyan (201387036, Los Angeles) on: Oct 22, 2020, 9:48 am PDT at 4525 Sherman Oaks Ave Suite 200, Sherman Oaks, CA 91403
The business is closed at this time.

4) Unsuccessful Attempt by: Sarkis Arabyan (201387036, Los Angeles) on: Oct 26, 2020, 10:35 am PDT at 4525 Sherman Oaks Ave Suite 200, Sherman Oaks, CA 91403
The business is closed at this time.

5) Unsuccessful Attempt by: Sarkis Arabyan (201387036, Los Angeles) on: Oct 28, 2020, 12:16 pm PDT at 4525 Sherman Oaks Ave Suite 200, Sherman Oaks, CA 91403
The business is closed at this time.

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>David L Pinkston, Esq.<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 EXCHANGE PL. PO BOX 45000 11TH<br>SALT LAKE CITY , UT 84145<br>*Telephone No:*<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-District of Utah | | |
| *Plaintiff:* EAST BIRCH CREEK, INC.<br>*Defendant:* THELAUNDRYLIST.COM, INC.; and BRIAN COHEN | | |

| AFFIDAVIT OF DUE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:20-cv-00673-DAO |
|---|---|---|---|---|

3. ***Person Who Served Papers:***
   a. Sarkis Arabyan (201387036, Los Angeles)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

Recoverable cost Per CCP 1033.5(a)(4)(B)

**d.** ***The Fee** for Service was:*
**e.** I am: A Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.***

10/29/2020
*(Date)*

*(Signature)*