DAVID L. PINKSTON (6630)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

*Attorneys for Plaintiff East Birch Creek, Inc.*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

EAST BIRCH CREEK, INC., a non-profit Utah corporation,

Plaintiff,

vs.

THELAUNDRYLIST.COM, INC, a California Corporation; and BRIAN COHEN, an individual,

Defendants.

**ORDER GRANTING EX PARTE MOTION FOR LEAVE TO SERVE DEFENDANTS BY ALTERNATIVE MEANS**

Case No. 2:20-cv-00673-DAO

Magistrate Judge Daphne A. Oberg

---

Plaintiff, East Birch Creek, Inc.'s ("Plaintiff's") Ex Parte Motion for Leave to Serve Defendants by Alternative Means, having come before the court for consideration, and the court being fully advised in the premises, and good cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff is hereby authorized to serve Defendants, TheLaundryList.Com, Inc. ("TheLaundryList") and Brian Cohen, with the Summons and Amended Complaint herein by mailing by first class mail, postage prepaid, to the address listed with the California Secretary of State for TheLaundryList, which is 4525 Sherman

Oaks Ave, Suite 200, Sherman Oaks, CA 91403. Service shall be deemed complete three business days after mailing, as established by affidavit of counsel.

It is SO ORDERED.

DATED this _____ day of _________________, 2020

_________________________________________
Hon. Daphne A. Oberg
United States District Court for the District of Utah