DAVID L. PINKSTON (6630)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

*Attorneys for Plaintiff East Birch Creek, Inc.*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| EAST BIRCH CREEK, INC., a non-profit Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THELAUNDRYLIST.COM, INC, a California Corporation; and BRIAN COHEN, an individual,<br><br>Defendants. | **EX PARTE MOTION TO EXTEND TIME TO SERVE COMPLAINT**<br><br>Case No. 2:20-cv-00673-DAO<br><br>Magistrate Judge Daphne A. Oberg |

---

Plaintiff, East Birch Creek, Inc. ("East Birch"), pursuant to Rule 4(i)(4), Fed. R. Civ. P., hereby requests that this Court enter an Order extending the time for service of the Amended Complaint in this matter because extensive efforts to serve Defendants TheLaundryList.Com, Inc. ("TheLaundryList") and Brian Cohen ("Cohen") by the standard methods of service authorized by Rule 4, have failed.

Plaintiff attempted to serve TheLaundryList and Cohen at the business address of 4525 Sherman Oaks Ave. Suite 200, Sherman Oaks CA 91403. On every attempt, the business was closed due to Covid-19. Counsel for Plaintiff called the phone number for TheLaundryList and

was informed the company is still in business, but the office is closed. Counsel has since made telephone contact and email contact with Cohen, including sending a copy of the Summons and Complaint in this matter to Cohen's email address, as well as that of the TheLaundryList. The parties have indicated a desire to discuss potential resolution, but because of the holidays and other conflicts, those substantive discussions have not taken place. Counsel has also sent a proposed waiver-of-service form to defendants, to expedite the process.

Based on its good faith efforts and reasonable diligence, Plaintiff respectfully suggests that it has shown good cause for allowing an extension of time to serve the Summonses and Amended Complaint in this matter. Plaintiff requests an additional 120 days to serve the Defendants with the Amended Complaint.

DATED this 5th day of January 2021.

SNOW CHRISTENSEN & MARTINEAU

/s/ David L. Pinkston
David L. Pinkston
Attorneys for East Birch Creek, Inc.

4851-8798-5878, v. 1