DAVID L. PINKSTON (6630)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

*Attorneys for Plaintiff East Birch Creek, Inc.*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| EAST BIRCH CREEK, INC., a non-profit Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THELAUNDRYLIST.COM, INC, a California Corporation; and BRIAN COHEN, an individual,<br><br>Defendants. | **STIPULATED JUDGMENT**<br><br>Case No. 2:20-cv-00673-DAO<br><br>Magistrate Judge Daphne A. Oberg |

---

The Court has considered the following, filed herein:

1. “Stipulation and Settlement Agreement and Consent to Entry of Judgment Against Defendants” (the “Stipulation”), filed herein by Plaintiff East Birch Creek, Inc. (“EBC”) and Defendants TheLaundrylist.com, Inc. (“TLL”) and Brian Cohen (“Cohen”), on the other;[1]

2. The Court’s Order Approving the Stipulation.[2]

---

[1] Docket No. __

[2] Docket No. __.

3. Application for Entry of Judgment ("Application"),[3] filed by EBC (to which Defendants have not responded); and

4. Affidavit of Cory Crabb Setting forth Facts of Default, dated ____________ (the "Default Affidavit"),[4] asserting the facts of Defendants' default under said Stipulation.

Based on the foregoing, it appearing therefrom that the Defendants are in default under the Stipulation, that the Defendants agreed to the entry of judgment against them in the event of such default, and that good cause exists therefor,

IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:

1. Judgment is hereby entered in favor of Plaintiff, EBC and against the Defendants TLL and Cohen, and each of them, jointly and severally, in the amount of $106,500.00, together with interest thereon at the rate of 10% per annum, from and after November 1, 2019, less payments made by Defendants under the Stipulation, in the amount of $__________.

2. This Judgment may be augmented, from time to time, by the amount of attorneys' fees expended by EBC enforcing the same.

It is SO ORDERED.

DATED this _____ day of _________________, 2021

_________________________________________
HONORABLE
United States District Court Judge



[3] Docket No. __.
[4] Docket No. 66.