FILED
2021 NOV 19 PM 3:44
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAST BIRCH CREEK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THELAUNDRYLIST.COM, INC. and BRIAN COHEN,<br><br>Defendants. | ORDER APPROVING SETTLEMENT AGREEMENT<br><br>Case No. 2:20-cv-00673-JNP<br><br>District Judge Jill N. Parrish |

Pursuant to the stipulated motion of the parties, ECF No. 23, p. 8, the court hereby APPROVES the stipulation and settlement agreement of the parties.

DATED November 19, 2021.

BY THE COURT

Jill N. Parrish
United States District Court Judge